**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1589**

───────────

LATONYA R. GORDON,

       Plaintiff - Appellant,

    v.

STORE 901 CHESAPEAKE VIRGINIA COAST GUARD EXCHANGE; CHRISTINA BROWN; JAZMYNE HARRELL; LESLEY JONES; TERRI AMORY,

       Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:23-cv-00229-EWH-DEM)

───────────

Submitted:  October 2, 2024                        Decided:  December 31, 2024

───────────

Before GREGORY, HARRIS, and BENJAMIN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

LaTonya R. Gordon, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LaTonya R. Gordon appeals the district court's order dismissing her civil action pursuant to 28 U.S.C. § 1915(e)(2).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Gordon v. Store 901 Chesapeake Va. Coast Guard Exch.*, No. 2:23-cv-00229-EWH-DEM (E.D. Va. May 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*